IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WILLIE LOCKETT, JR.**  PLAINTIFF
**#113475**

v.   CASE NO. 4:20-CV-00115 BSM

**DOES**  DEFENDANTS

## ORDER

Willie Lockett, Jr.'s motion for status [Doc. No. 12] is granted.  Lockett says he was found guilty in "the same case [he] filed [his] 198[3] lawsuit on" and is "on [his] way to prison."  Doc. No. 12 at 2.  Accordingly, Lockett's case is reopened.

Lockett's incarceration triggers automatic screening of his complaint.  28 U.S.C. § 1915A.  On May 28, 2021, Lockett's probation was revoked and he was sentenced to 60 months in the ADC.  *State v. Lockett*, 23CR-10-1128.  Lockett's damages claims are barred. *Heck v. Humphrey*, 512 U.S. 477, 486–87 (1994).  To the extent he seeks release from incarceration, that remedy is not available in this civil rights action.  *Preiser v. Rodriguez*, 411 U.S. 475, 500 (1973).  The Court declines to exercise jurisdiction over any state law claims.  28 U.S.C. § 1367(c)(3).

Lockett's claims are dismissed without prejudice.  Lockett's Motions [Doc. Nos. 1, 3, 5, 11] are denied as moot.  An *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 10th day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE