IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WILLIE LOCKETT, JR.**  **PLAINTIFF**
**#113475**

v.  **CASE NO. 4:20-CV-00115 BSM**

**DOES**  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 10th day of June, 2021.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE